# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ELLEN STOVER, *Plaintiff* v. CHESTER DOWNS AND MARINA, LLC *d/b/a* HARRAH'S PHILADELPHIA CASINO & RACETRACK, *Defendant* | CIVIL ACTION NO. 23-1416 |
|---|---|

## ORDER DENYING SUMMARY JUDGMENT

**AND NOW**, this 28th day of March, 2024, after briefing from both parties, this Court **DENIES** Defendant's Motion for Summary Judgment.

BY THE COURT:

/s/ Michael M. Baylson

**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 23\23-1416 Stover v. Chester Downs and Marina, LLC et al\23cv1416 Order Denying Summary Judgment.docx